**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Victor Manuel Sanchez VALLE, Defendant–Appellant.**

No. 12–50013.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 14, 2012.

Bruce R. Castetter, Assistant U.S., George Manahan, Esquire, Office of the

U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

John Paul Balazs, Law Offices of John P. Balazs, Sacramento, CA, for Defendant–Appellant.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Victor Manuel Sanchez Valle appeals the 48–month sentence imposed following his guilty plea to being a deported alien found in the United States in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Sanchez Valle contends that his sentence is substantively unreasonable because of his strong ties to the United States and cultural assimilation, his last felony conviction occurred more than ten years prior to the instant offense, and "all of the purposes of sentencing set forth in 18 U.S.C. § 3553(a)." We conclude that Sanchez Valle's below-Guidelines sentence is substantively reasonable in light of the totality of the circumstances and the section 3553(a) sentencing factors. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.